IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSHUA E. POWELL, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 5:25-cv-00405-TES-CHW |
| DOOLY STATE PRISON, | : |
| Defendant. | : |

# ORDER

Plaintiff Joshua E. Powell, a prisoner in Dooly State Prison in Unadilla, Georgia, has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff has also moved for leave to proceed *in forma pauperis* in this action, but Plaintiff's motion is incomplete.

A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). In this case, Plaintiff has not filed a certified account statement in support of his motion to proceed *in forma pauperis*.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed *in forma pauperis,* which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.   Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED and DIRECTED**, this 27th day of October, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge