## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

JOSHUA E. POWELL,            :
                                :

         **Plaintiff,**       :
                                  :

      VS.                    :
                                  :       **NO. 5:25-cv-00405-TES-CHW**

DOOLY STATE PRISON,    :
                                  :

         **Defendant.**     :

___

## ORDER OF DISMISSAL

Plaintiff Joshua E. Powell, a prisoner in Dooly State Prison in Unadilla, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. He also moved for leave to proceed *in forma pauperis* in this action. ECF No. 2. Thereafter, the United States Magistrate Judge ordered Plaintiff to submit a new motion to proceed *in forma pauperis,* including a certified copy of his trust fund account statement. ECF No. 7. The Magistrate Judge gave Plaintiff fourteen days to file his new motion to proceed *in forma pauperis* and cautioned Plaintiff that his failure to do so may result in the dismissal of this case. *Id.*

The time for compliance passed, and Plaintiff did not file a new motion to proceed *in forma pauperis* or otherwise respond to the Court's order. Therefore, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed based on his failure to file a new motion to proceed *in forma pauperis*. ECF No. 8. The Magistrate Judge gave Plaintiff another fourteen days to respond and cautioned him that his failure to do so may result in the dismissal of this case. *Id.*

More than fourteen days have passed since the Magistrate Judge entered that order, and Plaintiff has not filed a response or otherwise communicated with the Court. Thus, because Plaintiff has failed to comply with the Court's orders or to otherwise prosecute

this case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

    **SO ORDERED**, this 20th day of February, 2026.


S/ *Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**