IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOSHUA E POWELL,                                    *

                 Plaintiff,                     *

v.                                                               Case No. 5:25-cv-00405-TES-CHW

                                          *

DOOLY STATE PRISON,                              *

                 Defendant.                     *

_____   *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk